1  KEKER & VAN NEST, LLP
   RACHAEL E. MENY - #178514
2  JO W. GOLUB - #246224
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Defendant
   FLAGSTAR BANK, FSB
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | HECTOR HERNANDEZ, an individual,            | Case No. C 09-01885 MHP
12 |                             Plaintiff,      | JOINT STIPULATION TO EXTEND THE
   |                                             | TIME IN WHICH TO RESPOND TO THE
13 |   v.                                        | COMPLAINT
14 | MORTGAGE ELECTRONIC
   | REGISTRATION SYSTEMS, INC.;                 | Date:   N/A
15 | FLAGSTAR BANK, FSB; PRIME SHARE              | Time:   N/A
   | MORTGAGE, INC.; DOE INDIVIDUALS 1            | Judge:  The Hon. Marilyn H. Patel
16 | through 10; and ROE CORPORATIONS             | Ctrm.:  15
   | AND ORGANIZATIONS 1 through 10,
17 | inclusive,                                   | Date Comp. Filed:   December 3, 2008
18 |                             Defendants.

1  Plaintiff Hector Hernandez ("Hernandez") and defendant Flagstar Bank, FSB
2  ("Flagstar"), by and through their respective counsel of record, hereby declare and stipulate as
3  follows:
4  WHEREAS, on December 3, 2008, Hernandez filed a complaint in the Superior Court of
5  the State of California for the County of Alameda, captioned *Hernandez v. Mortgage Electronic*
6  *Registration Systems, Inc.*, civil action number RG08423318;
7  WHEREAS, on March 31, 2009, Flagstar accepted service of the summons and
8  complaint in the state court action;
9  WHEREAS, on April 30, 2009, Flagstar removed the action to this Court;
10 WHEREAS, the current deadline for filing Flagstar's response to Hernandez' complaint
11 is set for May 7, 2009;
12 WHEREAS, pursuant to Civil Local Rule 6-1(a), Hernandez and Flagstar agree to extend
13 the time within which to answer or otherwise respond to the complaint; and
14 WHEREAS, this Court's Order Setting Initial Case Management Conference and ADR
15 Deadlines states that motions to dismiss shall not be filed before the initial case management
16 conference, which has been set in this matter for August 10, 2009;
17 **ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**
18 Defendant Flagstar shall have until August 17, 2009, to answer or otherwise respond to
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  plaintiff's complaint.
2  **IT IS SO STIPULATED.**
3  Dated: May 4, 2009

By: _____
SETH L. HANSON
Attorneys for Plaintiff
HECTOR HERNANDEZ

Dated: May 4, 2009

KEKER & VAN NEST LLP

By: _____
RACHAEL E. MENY
JO W. GOLUB
Attorneys for Defendant
FLAGSTAR BANK, FSB

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
JOINT STIPULATION TO EXTEND THE TIME IN WHICH TO RESPOND TO THE COMPLAINT
CASE NO. C 09-01885 MHP

440866.01