1   KEKER & VAN NEST, LLP
    RACHAEL E. MENY - #178514
2   JO W. GOLUB - #246224
    710 Sansome Street
3   San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
4   Facsimile: (415) 397-7188

5   Attorneys for Defendant
    FLAGSTAR BANK, FSB

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  HECTOR HERNANDEZ, an individual,        Case No. C 09-01885 MHP

12                        Plaintiff,        **STIPULATION OF VOLUNTARY**
                                            **DISMISSAL PURSUANT TO RULE**
13       v.                                 **41(a)(1) OF THE FEDERAL RULES OF**
                                            **CIVIL PROCEDURE**
14  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC.;
15  FLAGSTAR BANK, FSB; PRIME SHARE
    MORTGAGE, INC.; DOE INDIVIDUALS 1       Judge:     The Hon. Marilyn H. Patel
16  through 10; and ROE CORPORATIONS
    AND ORGANIZATIONS 1 through 10,
17  inclusive,
                                            Date Comp. Filed:   December 3, 2008
18                        Defendants.

19

20

21

22

23

24

25

26

27

28

448538.01

1       Through this Stipulation, and for the reasons set forth below, Plaintiff Hector Hernandez

2  ("Hernandez") and Defendant Flagstar Bank, FSB ("Flagstar"), by and through their respective

3  counsel of record, stipulate to the dismissal, with prejudice, of Plaintiff's claims against Flagstar,

4  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure:

5       WHEREAS, on December 3, 2008, Hernandez filed a complaint in the Superior Court of

6  the State of California for the County of Alameda, captioned *Hernandez v. Mortgage Electronic*

7  *Registration Systems, Inc.*, civil action number RG08423318;

8       WHEREAS, on March 31, 2009, Flagstar accepted service of the summons and

9  complaint in the state court action;

10      WHEREAS, on April 30, 2009, Flagstar removed the action to this Court;

11      WHEREAS, Flagstar and Hernandez have reached an agreement regarding a mutual

12  release of claims; and

13      WHEREAS, Fed. R. Civ. P. 41(a)(1)(A)(ii) allows for voluntary dismissal without court

14  order by a stipulation signed by all parties who have appeared;

15      **ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

16      1.     That Plaintiff dismisses his claims against Flagstar, with prejudice; and

17      2.     That each party shall bear its own costs and expenses accrued or incurred in

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE
CASE NO. C 09-01885 MHP

448538.01

1    connection with the above captioned action.

2        **IT IS SO STIPULATED.**

3    Dated: August 4, 2009

4

5                                          By: _Seth L. H_
6                                          SETH L. HANSON
7                                          Attorneys for Plaintiff
                                           HECTOR HERNANDEZ
8
     Dated: August 4, 2009                KEKER & VAN NEST LLP
9

10

11                                         By: _Jo W. Golub_
12                                         RACHAEL E. MENY
                                           JO W. GOLUB
13                                         Attorneys for Defendant
                                           FLAGSTAR BANK, FSB
14

15

16

17

18

19                  IT IS SO ORDERED

20

21                  Judge Marilyn H. Patel

22

23

24

25

26

27

28

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE
CASE NO. C 09-01885 MHP

448538.01