SETH L. HANSON (SBN 217027)
**HUNT & JEPPSON**
2200B DOUGLAS BLVD., SUITE 150
ROSEVILLE, CA 95661
(916) 780-7008

Attorneys for Plaintiff
Hector Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR HERNANDEZ, an individual, | Case No. C 09-01885 MHP |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FLAGSTAR BANK, FSB; PRIME SHARE MORTGAGE, INC.; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive, | Judge: The Hon. Marilyn H. Patel |
| Defendants. | Date Comp. Filed: December 3, 2008 |

1  Plaintiff Hector Hernandez ("Hernandez"), by and through his counsel of record, hereby
2  dismisses all claims without prejudice against each of the remaining defendants, namely,
3  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PRIME SHARE
4  MORTGAGE, INC.; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS AND
5  ORGANIZATIONS 1 through 10, pursuant to Rule 41(a)(1) of the Federal Rules of Civil
6  Procedure.

Dated: August 15, 2009

By:  /s/ Seth L. Hanson
SETH L. HANSON
Attorneys for Plaintiff
HECTOR HERNANDEZ

IT IS SO ORDERED

/s/ Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA